UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| ARTHUR M.,[1] | ) | Civil Action No. 1:22-CV-03488-JD |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MARTIN O'MALLEY,[2] Commissioner of Social Security, | ) | |
| Defendant. | ) | |

AND NOW, this 6th day of February, 2024, it is hereby, ORDERED that Plaintiff, Arthur M., is awarded attorney fees in the amount of Three Thousand Seven Hundred Ten Dollars and 86/100 Cents ($3,710.86) under 28 U.S.C. § 2412(d) of the Equal Access to Justice Act ("EAJA"). This award will be paid directly to Plaintiff, Arthur M., and sent to the business address of Plaintiff's counsel, Paul T. McChesney, Esquire. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

**IT IS SO ORDERED**.

Joseph Dawson, III
United States District Judge

Florence, South Carolina
February 6, 2024

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).